In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-03-00108-CR


______________________________




TYRONE LONDALE TALTON, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 5th Judicial District Court


Cass County, Texas


Trial Court No. 2002F00253




 




Before Morriss, C.J., Ross and Cornelius,* JJ.


Memorandum Opinion by Chief Justice Morriss



______________________________________________

*William J. Cornelius, Chief Justice, Retired, Sitting by Assignment

MEMORANDUM OPINION



 Tyrone Londale Talton was convicted by a jury of possession of a controlled substance,
enhanced. The trial court set punishment at thirty-two years' imprisonment with no fine assessed. 
Talton now appeals.

 The record does not include any certification by the trial court of Talton's right of appeal in
accordance with Rule 25.2(a)(2). See Tex. R. App. P. 25.2(a)(2). Therefore, we must dismiss this
appeal. See Tex. R. App. P. 25.2(d).

 We lack jurisdiction (1) over this appeal, and therefore dismiss it.

 



 Josh R. Morriss, III

 Chief Justice


Date Submitted: September 3, 2003

Date Decided: September 4, 2003


Do Not Publish









1. We have jurisdiction to determine whether we have jurisdiction. Olivo v. State, 918 S.W.2d
519, 523 (Tex. Crim. App. 1996).